JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOEUNG MOUV,<br>    aka Mouv Soeung,<br>    aka Brian Mouv,<br>    aka Soeurt Mouv,<br>    aka "Goofy,"<br><br>    Defendant. | No. CR-08-0245 CW<br><br>PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SOEUNG MOUV (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130), whose place of custody and jailor are set forth in the requested Writ,

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0245 CW

1 | attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.

Dated: July 23, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

JAMES C. MANN
Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0245 CW

```
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SOEUNG MOUV, <br> aka Mouv Soeung, <br> aka Brian Mouv, <br> aka Soeurt Mouv, <br> aka "Goofy," <br><br> Defendant. | No. CR-08-0245 CW <br><br> [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant SOEUNG MOUV (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:_____

                                                HON. MARIA-ELENA JAMES
                                                United States Magistrate Judge

1  THE PRESIDENT OF THE UNITED STATES OF AMERICA

2  TO:  FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

3

4  GREETINGS

5  WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6  practicable, you have and produce the body of SOEUNG MOUV (aka Mouv Soeung, aka Brian

7  Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130), in your custody

8  in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States

9  District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne

10  D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third

11  floor, in order that SOEUNG MOUV may then appear for his initial appearance upon the charges

12  heretofore filed against him in the above-entitled Court, and that immediately after said hearing

13  to return him forthwith to said above-mentioned institution or abide by such order of the above-

14  entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to

15  produce said prisoner at all times necessary until the termination of the proceedings in this Court;

16  IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17  the above-named person, he be immediately delivered and remanded to the United States

18  Marshal and/or his authorized deputies under this Writ.

19  WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20  District Court for the Northern District of California.

21  DATED: _____, 2008

22                                          CLERK, UNITED STATES DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
23

24
                       By:   _____
25                           DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0245 CW

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | JAMES C. MANN (CABN 221603)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S<br>Oakland, California 94612<br>Telephone: (510) 637-3705 |
| 7 | Facsimile: (510) 637-3724<br>E-Mail: James.C.Mann@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| 13 | UNITED STATES OF AMERICA, | ) | No. CR 08-0246 CW |
| 14 | Plaintiff, | ) | PETITION FOR AND WRITS OF |
| | | ) | HABEAS CORPUS AD |
| 15 | v. | ) | PROSEQUENDUM |
| 16 | KAO SAETURN,<br>SAN KWEN SAEPHAN, | ) | |
| 17 | aka "Forty,"<br>JOSEPH VU NGUYEN, | ) | |
| 18 | DAVIS KIET DANG,<br>aka Kiet Dang, | ) | |
| 19 | aka Kiet Davis Anh Dang,<br>aka Kiet Davisanh Dang, and | ) | |
| 20 | JANTAR PHUN,<br>aka "Kelley," | ) | |
| 21 | | ) | |
| 22 | Defendants. | ) | |
| 23 | | | |

TO:   The Honorable Maria-Elena James, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue Writs of Habeas Corpus Ad Prosequendum for the persons of prisoners (1) JOSEPH VU NGUYEN (PFN No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525;

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

1  PFN No. BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) whose
2  places of custody and jailors are set forth in the requested Writs, attached hereto. The prisoners
3  are required as the defendants in the above-entitled matter in this Court, and therefore petitioner
4  prays that this Court issue the Writs as presented.

6  Dated: July 23, 2008                    Respectfully submitted,

7                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

10                                         _____
                                           JAMES C. MANN
                                           Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAO SAETURN,<br>SAN KWEN SAEPHAN,<br>  aka "Forty,"<br>JOSEPH VU NGUYEN,<br>DAVIS KIET DANG,<br>  aka Kiet Dang,<br>  aka Kiet Davis Anh Dang,<br>  aka Kiet Davisanh Dang, and<br>JANTAR PHUN,<br>  aka "Kelley,"<br><br>    Defendants. | No. CR 08-0246 CW<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of Writs of Habeas Corpus Ad Prosequendum requiring the production of (1) JOSEPH VU NGUYEN (PFN No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No. BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) before the Hon.

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or as soon thereafter as may be practicable, is granted, and the Writs shall be issued as presented.

DATED: _____

                                                HON. MARIA-ELENA JAMES
                                                United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of JOSEPH VU NGUYEN (PFN No. BFB752), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that JOSEPH VU NGUYEN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                            CLERK, UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA

            By: _____
                     DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Sacramento, and/or any California Department of Corrections facility:

GREETINGS

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No. BCZ538), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SAN KWEN SAEPHAN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: _____, 2008

                                      CLERK, UNITED STATES DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA

                  By: _____
                         DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

1

THE PRESIDENT OF THE UNITED STATES OF AMERICA

2

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Solono, and/or any California Department of Corrections facility:

3

4

GREETINGS

5

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6

practicable, you have and produce the body of KAO SAETURN (CDC No. V27922; PFN No.

7

KHC008), in your custody in the above-mentioned institution, or any other California

8

Department of Corrections Institution, before the United States District Court in and for the

9

Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States

10

Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that KAO

11

SAETURN may then appear for his initial appearance upon the charges heretofore filed against

12

him in the above-entitled Court, and that immediately after said hearing to return him forthwith

13

to said above-mentioned institution or abide by such order of the above-entitled Court as shall

14

thereafter be made concerning the custody of said prisoner, and further to produce said prisoner

15

at all times necessary until the termination of the proceedings in this Court;

16

IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17

the above-named person, he be immediately delivered and remanded to the United States

18

Marshal and/or his authorized deputies under this Writ.

19

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20

District Court for the Northern District of California.

21

DATED: _____, 2008

22

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

23

24

25

By: _____
DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW