**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0246 CW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM |
| KAO SAETURN, SAN KWEN SAEPHAN, aka "Forty," JOSEPH VU NGUYEN, DAVIS KIET DANG, aka Kiet Dang, aka Kiet Davis Anh Dang, aka Kiet Davisanh Dang, and JANTAR PHUN, aka "Kelley," | |
| Defendants. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of Writs of Habeas Corpus Ad Prosequendum requiring the production of (1) JOSEPH VU NGUYEN (PFN No. BFB752), (2) SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No. BCZ538), and (3) KAO SAETURN (CDC No. V27922; PFN No. KHC008) before the Hon.

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

1  Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or
2  as soon thereafter as may be practicable, is granted, and the Writs shall be issued as presented.
3
4  DATED: 7-25-08
5  HON. MARIA-ELENA JAMES
   United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRITS OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 08-0246 CW

1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA

2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any
of his authorized deputies, and the Sheriff for Alameda County, and/or any of his
3 | authorized deputies:

4 | GREETINGS

5 WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as

6 practicable, you have and produce the body of JOSEPH VU NGUYEN (PFN No. BFB752), in

7 your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the

8 United States District Court in and for the Northern District of California, in the Courtroom of

9 the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California

10 94612 on the third floor, in order that JOSEPH VU NGUYEN may then appear for his initial

11 appearance upon the charges heretofore filed against him in the above-entitled Court, and that

12 immediately after said hearing to return him forthwith to said above-mentioned institution or

13 abide by such order of the above-entitled Court as shall thereafter be made concerning the

14 custody of said prisoner, and further to produce said prisoner at all times necessary until the

15 termination of the proceedings in this Court;

16 IT IS FURTHER ORDERED that should the local or state custodian release from its custody

17 the above-named person, he be immediately delivered and remanded to the United States

18 Marshal and/or his authorized deputies under this Writ.

19 WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States

20 District Court for the Northern District of California.

21 DATED: 7-25-08, 2008

22 CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
23

24
By: _____ BRENDA TOLBERT
25 DEPUTY CLERK

26

27

28

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Sacramento, and/or any California Department of Corrections facility:

**GREETINGS**

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SAN KWEN SAEPHAN (a/k/a "Forty") (CDC No. G11525; PFN No. BCZ538), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SAN KWEN SAEPHAN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 7-25-08, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____  BRENDA TOLBERT
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Warden for the California State Prison - Solono, and/or any California Department of Corrections facility:

<u>GREETINGS</u>

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of KAO SAETURN (CDC No. V27922; PFN No. KHC008), in your custody in the above-mentioned institution, or any other California Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that KAO SAETURN may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 7.25.08, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____ BRENDA TOLBERT
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 08-0246 CW