JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR 08-0246 CW |
|                    ) | |
|      Plaintiff,         ) | STIPULATION AND ORDER |
|                    ) | CONTINUING HEARING AND |
|   v.                ) | EXCLUDING TIME |
|                    ) | |
| KAO SAETURN, et al.,      ) | |
|                    ) | |
|      Defendants.       ) | |

Plaintiff, by and through its attorney of record, and defendants, by and through their

attorneys of record, hereby stipulate and ask the Court to find as follows:

     1.      Defendants Saeturn and Saephan are charged in a second superseding indictment

with a variety of robbery and firearms-related offenses that subject defendants to significant

mandatory minimum sentences if convicted of all charges.  Specifically, defendant Saeturn faces

a mandatory minimum 82-year sentence while defendant Saephan faces a mandatory minimum

57-year sentence.  Defendants Dang, Phun, and Nguyen have already pleaded guilty.  Related

defendant Soeung Mouv has also pleaded guilty.  The matter is presently set for trial setting or

motions setting or disposition on Wednesday, September 16, 2009.

STIPULATION AND ORDER RESCHEDULING
HEARING; EXCLUDING TIME

2.      For the reasons set forth below, the parties request that the September 16, 2009, hearing be continued until 2 p.m. on Wednesday, October 7, 2009, in order to provide the government with additional time to produce additional discovery (including grand jury transcripts for which the government will be filing an ex parte application for an order to produce) and to provide defendants' counsel with additional time to evaluate the discovery in this case and determine whether or not defendants should enter a change of plea or file motions and to prepare for trial in this matter.  The government anticipates providing proposed plea agreements within the next week.

3.      The parties believe that failure to grant the above-requested continuance would deny defendants continuity of counsel, would deny defendants' counsel and defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence, and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendants in a trial within the date prescribed by the Speedy Trial Act.

4.      Thus, the parties respectfully request that the Court find that the time period from September 16, 2009, to October 7, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defendant continuity of counsel and would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 15, 2009            _____/s/_____
                                     GARTH HIRE
                                     Assistant United States Attorney

Dated: September 15, 2009                    _/s/_____
                                             MILES EHRLICH
                                             Attorney for Defendant
                                             Kao Saeturn


Dated: September 15, 2009                    _/s/_____
                                             GAIL SHIFMAN

                                             Attorney for Defendant
                                             San Kwen Saephan


## ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1.    The currently scheduled September 16, 2009, hearing is vacated. A hearing for trial setting or motions setting or disposition is now scheduled for 2:00 p.m. on October 7, 2009.

2.    The time period from September 16, 2009, to October 7, 2009, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendants' request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence, as well as continuity of counsel. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

DATED: September 15, 2009   _____
                            HONORABLE CLAUDIA WILKEN
                            UNITED STATES DISTRICT JUDGE